## People of State of Illinois, Defendant in Error, v. Ira G. Brown, Plaintiff in Error.

### Gen. No. 46,285. (Abstract of Decision.)

Ray E. Lane, for plaintiff in error; Latham Castle, Attorney General, for defendant in error; John Gutknecht, State's Attorney, John T. Gallagher, Rudolph L. Janega, Arthur F. Manning, and Roman Stachnik, Assistant State's Attorneys, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed December 2, 1953; rehearing denied December 30, 1953; released for publication December 30, 1953.